# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-03282 CJJ
**Case Name:** JAC Holdings Group, LLC

**Period Ending:** 12/31/19

**Trustee:** Doreen Abbott
**Filed (f) or Converted (c):** 08/07/18 (f)
**§341(a) Meeting Date:** 10/25/18
**Claims Bar Date:** 10/16/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>5-93 18-3S-26E 13.688 JACKSONVILLE HEIGHTS PT<br>TRACTS 13,14,15 RECD O/R 17538-1464 BLK 3<br>6300 Blanding Blvd Jacksonville, FL 32244 | 1,100,000.00 | 800,000.00 | | 0.00 | 800,000.00 |
| 2 | CLAIM (u)<br>COUNTER CLAIM FOR SETOFF VS. WESTLAKE FLOORING<br>CO., LLC | 250,000.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,350,000.00** | **$800,000.00** | | **$0.00** | **$800,000.00** |

**Major activities affecting case closing:**
TRANSFERRED CASE FROM FT. MYERS
REAL PROPERTY ON BLANDING BOULEVARD (OLD DRIVE IN THEATRE); POSSIBLE SHORT SALE / CARVEOUT WITH LIENHOLDERS
ORDER EMPLOYING JACOB BROWN AS ATTORNEY SIGNED 10/3/18
ORDER EMPLOYING NAJI HASSAN AS REALTOR SIGNED 10/9/18
STAY MOTIONS FILED BY ALL 3 LIENHOLDERS
ORDER SCHEDULING TRIAL SET FOR 4/22/19 @ 10:00 AM FOR STAY MOTIONS
ORDER APPROVING APPLICATION TO EMPLOY STEVEN M. VANDERWILT AS CPA FOR ESTATE
10/14/19 MOTION TO SELL REAL PROPERTY; HEARING SET FOR 11/6/19
11/7/19 ORDER GRANTING MOTION TO SELL REAL PROPERTY
12/19/19 NOTICE OF ALTERNATE BUYER FILED WITH COURT
1/20 - REALTOR STILL WORKING WITH LIEN HOLDERS AND ALTERNATE BUYER TO MAKE SALE WORK; DUE DILIGENCE PERIOD EXTENDED TO FEBRUARY

**Initial Projected Date of Final Report (TFR):** August 01, 2020          **Current Projected Date of Final Report (TFR):** August 01, 2020

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case