# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:   JAC Holdings Group LLC                          § Case No. 3:18-bk-03282-JAF
                                                         §
                                                         §
Debtor(s)                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Doreen Abbott, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $250,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $585,977.26 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $214,022.74 | | |

   3) Total gross receipts of $800,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $800,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 1,422,000.00 | 299,665.56 | 585,977.26 | 585,977.26 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 248,621.67 | 214,022.74 | 214,022.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 544,098.00 | 1,328,165.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,422,000.00** | **$1,092,385.23** | **$2,128,165.39** | **$800,000.00** |

4) This case was originally filed under Chapter 7 on 08/07/2018. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2020           By: /s/ Doreen Abbott
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | 800,000.00 |
| TOTAL GROSS RECEIPTS | | $800,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Liebler Gonzalez & Portuondo | 4110-000 | 250,000.00 | 250,000.00 | 12,500.00 | 12,500.00 |
| 2 | City of Jacksonville | 4110-000 | 22,000.00 | 4,812.18 | 5,487.14 | 5,487.14 |
| N/A | Furman Dempsey Birchfield and Evelyn Birchfield | 4110-000 | 500,000.00 | 0.00 | 518,136.74 | 518,136.74 |
| N/A | ANDYNAP, LP | 4120-000 | 650,000.00 | 0.00 | 5,000.00 | 5,000.00 |
| | DUVAL COUNTY TAX COLLECTOR | 4700-000 | N/A | 44,853.38 | 44,853.38 | 44,853.38 |
| TOTAL SECURED CLAIMS | | | $1,422,000.00 | $299,665.56 | $585,977.26 | $585,977.26 |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Doreen Abbott | 2100-000 | N/A | 43,250.00 | 8,651.07 | 8,651.07 |
| Doreen Abbott | 2200-000 | N/A | 115.73 | 115.73 | 115.73 |
| Jacob A. Brown | 3210-000 | N/A | 18,949.75 | 18,949.75 | 18,949.75 |
| Jacob A. Brown | 3220-000 | N/A | 50.25 | 50.25 | 50.25 |
| Steven M. Vanderwilt | 3410-000 | N/A | 1,811.50 | 1,811.50 | 1,811.50 |
| Steven M. Vanderwilt | 3420-000 | N/A | 25.35 | 25.35 | 25.35 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| CLERK JACKSONVILLE | 2700-000 | | N/A | 350.00 | 350.00 | 350.00 |
| CLOSING COSTS | 2500-000 | | N/A | 12,570.56 | 12,570.56 | 12,570.56 |
| SELLER CREDITS TO BUYER | 2500-000 | | N/A | 125,000.00 | 125,000.00 | 125,000.00 |
| Signature Bank | 2600-000 | | N/A | 46.35 | 46.35 | 46.35 |
| DUVAL COUNTY TAX COLLECTOR | 2820-000 | | N/A | 16,452.18 | 16,452.18 | 16,452.18 |
| Naji Hassan | 3510-000 | | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | | **N/A** | **$248,621.67** | **$214,022.74** | **$214,022.74** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | **N/A** | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Liebler Gonzalez & Portuondo | 7100-000 | N/A | 544,098.00 | 544,098.00 | 0.00 |
| N/A | ANDYNAP, LP | 7100-000 | N/A | 0.00 | 784,067.39 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **N/A** | **$544,098.00** | **$1,328,165.39** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1** Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case Number: | 18-03282 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | JAC Holdings Group LLC | Filed (f) or Converted (c): | 08/07/18 (f) |
| | | §341(a) Meeting Date: | 10/25/18 |
| Period Ending: | 12/23/20 | Claims Bar Date: | 10/16/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>5-93 18-3S-26E 13.688 JACKSONVILLE HEIGHTS PT TRACTS 13,14,15 RECD O/R 17538-1464 BLK 3<br>6300 Blanding Blvd Jacksonville, FL 32244 | 1,100,000.00 | 800,000.00 | | 800,000.00 | FA |
| 2 | CLAIM (u)<br>COUNTER CLAIM FOR SETOFF VS. WESTLAKE FLOORING CO., LLC | 250,000.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$1,350,000.00** | **$800,000.00** | | **$800,000.00** | **$0.00** |

**Major activities affecting case closing:**
TRANSFERRED CASE FROM FT. MYERS
REAL PROPERTY ON BLANDING BOULEVARD (OLD DRIVE IN THEATRE); POSSIBLE SHORT SALE / CARVEOUT WITH LIENHOLDERS
ORDER EMPLOYING JACOB BROWN AS ATTORNEY SIGNED 10/3/18
ORDER EMPLOYING NAJI HASSAN AS REALTOR SIGNED 10/9/18
STAY MOTIONS FILED BY ALL 3 LIENHOLDERS
ORDER SCHEDULING TRIAL SET FOR 4/22/19 @ 10:00 AM FOR STAY MOTIONS
ORDER APPROVING APPLICATION TO EMPLOY STEVEN M. VANDERWILT AS CPA FOR ESTATE
10/14/19 MOTION TO SELL REAL PROPERTY; HEARING SET FOR 11/6/19
11/7/19 ORDER GRANTING MOTION TO SELL REAL PROPERTY
12/19/19 NOTICE OF ALTERNATE BUYER FILED WITH COURT
1/20 - REALTOR STILL WORKING WITH LIEN HOLDERS AND ALTERNATE BUYER TO MAKE SALE WORK; DUE DILIGENCE PERIOD EXTENDED TO FEBRUARY

**Initial Projected Date of Final Report (TFR):**  August 01, 2020    **Current Projected Date of Final Report (TFR):**  June 30, 2020 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| **Case Number:** | 18-03282 JAF | | **Trustee:** | Doreen Abbott |
|---|---|---|---|---|
| **Case Name:** | JAC Holdings Group LLC | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******7068 - Checking |
| **Taxpayer ID#:** | **-***2622 | | **Blanket Bond:** | $22,502,000.00 (per case limit) |
| **Period Ending:** | 12/23/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/20 | | BERNARD & SCHEMER, P.A. | NET SALE PROCEEDS (DOC. #74) | | | 30,000.00 | | 30,000.00 |
| 03/04/20 | Asset #1 | BERNARD & SCHEMER, P.A. | GROSS SALES PROCEEDS (DOC. #74) | 800,000.00 | 1110-000 | | | 30,000.00 |
| 03/04/20 | Asset #1 | | SALE PROCEEDS | | 1110-000 | | | 30,000.00 |
| 03/04/20 | | ANDYNAP, LP | THIRD MORTGAGE LIEN PAYOFF | -5,000.00 | 4120-000 | | | 30,000.00 |
| 03/04/20 | | City of Jacksonville | MUNICIPAL LIENS | -5,487.14 | 4110-000 | | | 30,000.00 |
| 03/04/20 | | CLOSING COSTS | CLOSING COSTS | -12,570.56 | 2500-000 | | | 30,000.00 |
| 03/04/20 | | DUVAL COUNTY TAX COLLECTOR | POST PETITION PROPERTY TAXES | -16,452.18 | 2820-000 | | | 30,000.00 |
| 03/04/20 | | DUVAL COUNTY TAX COLLECTOR | PRE-PETITION TAXES | -44,853.38 | 4700-000 | | | 30,000.00 |
| 03/04/20 | | Furman Dempsey Birchfield and Evelyn Birchfield | FIRST MORTGAGE PAYOFF | -518,136.74 | 4110-000 | | | 30,000.00 |
| 03/04/20 | | Liebler Gonzalez & Portuondo | SECOND MORTGAGE LIEN PAYOFF | -12,500.00 | 4110-000 | | | 30,000.00 |
| 03/04/20 | | Naji Hassan | REALTOR FEES | -30,000.00 | 3510-000 | | | 30,000.00 |
| 03/04/20 | | SELLER CREDITS TO BUYER | SELLER CREDITS TO BUYER FROM FIRST MORTGAGE HOLDER | -125,000.00 | 2500-000 | | | 30,000.00 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 46.35 | 29,953.65 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 18-03282 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | JAC Holdings Group LLC | Bank Name: | Signature Bank |
| | | Account: | ******7068 - Checking |
| Taxpayer ID#: | **-***2622 | Blanket Bond: | $22,502,000.00 (per case limit) |
| Period Ending: | 12/23/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/20 | 1001 | Doreen Abbott | Compensation:$8651.07; Expenses:$115.73; | | | 8,766.80 | 21,186.85 |
| 09/22/20 | | Doreen Abbott | Dividend of 8,651.07 100.000000000%. | 2100-000 | | | 21,186.85 |
| 09/22/20 | | Doreen Abbott | Dividend of 115.73 100.000000000%. | 2200-000 | | | 21,186.85 |
| 09/22/20 | 1002 | Jacob A. Brown | Fees:$18949.75;  Expenses:$50.25; | | | 19,000.00 | 2,186.85 |
| 09/22/20 | | Jacob A. Brown | Dividend of 18,949.75 100.000000000%. | 3210-000 | | | 2,186.85 |
| 09/22/20 | | Jacob A. Brown | Dividend of 50.25 100.000000000%. | 3220-000 | | | 2,186.85 |
| 09/22/20 | 1003 | CLERK JACKSONVILLE | Dividend of 100.000000000%, Claim No.N/A. ADVERSARY FILING FEE #18-AP-161 | 2700-000 | | 350.00 | 1,836.85 |
| 09/22/20 | 1004 | Steven M. Vanderwilt | Fees:$1811.50;  Expenses:$25.35; | | | 1,836.85 | 0.00 |
| 09/22/20 | | Steven M. Vanderwilt | Dividend of 25.35 100.000000000%, Claim No.N/A. | 3420-000 | | | 0.00 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 18-03282 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | JAC Holdings Group LLC | Bank Name: | Signature Bank |
| | | Account: | ******7068 - Checking |
| Taxpayer ID#: | **-***2622 | Blanket Bond: | $22,502,000.00 (per case limit) |
| Period Ending: | 12/23/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/20 | | Steven M. Vanderwilt | Dividend of 100.000000000%, Claim No.N/A. | 1,811.50  3410-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,000.00 | 30,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,000.00 | 30,000.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$30,000.00** | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts: | $30,000.00 | | **TOTAL - ALL ACCOUNTS** | | | |
| Plus Gross Adjustments: | 770,000.00 | | **Checking # ******7068** | 30,000.00 | 30,000.00 | 0.00 |
| Net Estate: | $800,000.00 | | | $30,000.00 | $30,000.00 | $0.00 |